# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>  Plaintiff,<br>vs.<br><br>LOS TRES TOROS MEAT MARKET; and DOES 1 through 10,<br><br>  Defendants. | Case No.: 2:18-cv-07528 MWF (KSx)<br>Assigned to Hon. Michael W. Fitzgerald<br><br>[~~PROPOSED~~] ORDER DISMISSING DEFENDANT LOS TRES TOROS MEAT MARKET WITH PREJUDICE PURSUANT TO JOINT STIPULATION |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that Defendant LOS TRES TOROS MEAT MARKET be dismissed with prejudice in the above-entitled action, each side to waive costs and fees.

SO ORDERED.

DATED: 6-27-19

_____
United States District Court Judge